RECEIVED
IN LAKE CHARLES, LA.

OCT 31 2017

TONY R. MOORE, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA                 CIVIL ACTION NO. 6:16-cr-00140-01

VERSUS                                   JUDGE WALTER

DERWIN S. WILLIAMS                       MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Derwin S. Williams, is ACCEPTED and he is finally adjudged guilty of the offense charged in Count One of the Indictment, consistent with the report and recommendation.

Lafayette, Louisiana, this 31 day of Oct , 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE